DATE: 4/17/12
LOCATION: Tyler
JUDGE: JOHN D. LOVE
DEP. CLERK: Mechele Morris
RPTR/ECRO: m. morris
USPO: Allen Filla
INTERPRETER: —
TIME: 3:57/

CASE NUMBER: 6:12mj27

USA                VS.    TIMOTHY MCGREGOR

Nathaniel Cummerford   Wayne Dickey

☑ INIT APPEARANCE on a Petition for Violation of Supervised Release

☑ Hearing Called          ☑ Hearing Held

☑ Dft ☑ without counsel
    Appears on:   ☑ Petition for Violation of Supervised Release

☑ Date of arrest: 4/17/12

☑ . . . Dft   ☑ advised of charges   ☑ advised of maximum penalties   ☑ advised of right to remain silent;
         ☑ advised of right to counsel ☐ advised of right to Prel. Hrg   ☐ advised of right to waive Prel. Hrg.
         ☐ Waiver of Preliminary Hrg

☑ . . .Dft    Requests appointed counsel, is sworn & examined re: financial status.
☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel.
☐ _____ appointed ☑ U.S. Pub Defender Wayne Dickey appointed

☑ Gvt motion for dtn ☐ Gvt m/cont dtn hrg.     *oral*

☐ Order of Conditions of Release signed
☐ Bond set _____ Unsecured
☐ Bond executed and dft released

☐ Temp Detention Pndg Hearing
☑ Dft Waived Detention Hearing
☐ Order of Detention
☑ Dft remanded to custody of U.S. Marshal

☐    Detention/Preliminary Hrg set for _____