## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

UNITED STATES OF AMERICA     §
    §
vs.     §     CASE NO. 6:12mj27
    §
TIMOTHY MCGREGOR

### ORDER APPOINTING COUNSEL PURSUANT TO THE
### CRIMINAL JUSTICE ACT

The Court has determined that the above-named Defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

__X__ The Federal Public Defender is appointed as counsel for Defendant.

_____ _____, a member of the Criminal Justice Act Panel of this District, is appointed as counsel.

_____ The Court determines that Defendant shall reimburse the Government for all attorney fees and costs incurred due to the appointment of counsel for his defense.

_____ The Court determined Defendant may have funds to contribute to the cost of appointed counsel. The United States Attorney shall investigate to determine if funds exist and submit a report to the Court outlining the amount and method of payment which Defendant should be required to pay toward his defense.

### TYPE OF APPOINTMENT

_____ Through trial and notice of appeal.     _____ Probation/Supervised Release Violation

_____ All purposes including trial and appeal     _____ Material/Grand Jury Witness

_____ Initial appearance and bond only     _____ Parole Violation

_____ Appeal purposes only     _____ Mental Hearing (18 U.S.C. § 313)

_____ Habeas corpus     _____ Rule 5(c) Proceedings in this District

_____ Defendant is not eligible for appointment of counsel under 18 USC § 3006A, but he is entitled to an immediate hearing and it is in the interest of justice that Defendant be afforded the assistance of counsel; so the Federal Public Defender is temporarily appointed for that purpose

It is SO ORDERED.

SIGNED this 17th day of April, 2012.

_____
JOHN D. LOVE
US MAGISTRATE JUDGE