UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V | § | CASE NO. 6:12CR27 |
| TIMOTHY MCGREGOR | § | |

## WAIVER OF DETENTION HEARING

I, TIMOTHY MCGREGOR, charged in a petition pending in this District with violation of supervised release, and having appeared before the Court and been advised of my rights as required by Title 18, U.S.C. 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

Defendant

Date  4/17/12

Counsel for Defendant